132 A.3d 422

IN RE REGLAN LITIGATION(PLIVA, INC.; BARR PHARMACEU-TICALS, LLC; BARR LABORATORIES, INC.; WATSON LABO-RATORIES, INC.; ACTAVIS–ELIZABETH, LLC; TEVA PHAR-MACEUTICALS USA, INC.; MUTUAL PHARMACEUTICAL COMPANY, INC.; AND UNITED RESEARCH LABORATORIES, INC.—MOVANTS)

April 24, 2015.

It is ORDERED that the motion for leave to appeal is granted.